



DAFNEY DUBUISSON STOKES
Member of NJ, PA, and NY Bars

dstokes@wongfleming.com

April 1, 2020

<u>VIA ECF</u>
Judge Katherine Polk Failla
United State District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

  Re: <u>Joel Sandel v. Equifax Information Services, LLC and American Honda Finance Corp.</u>
    <u>Case No. 19-CV-10183</u>

Dear Judge Katherine Polk Failla:

  This firm represents Defendant American Honda Finance Corporation ("AHFC") (together with Plaintiff, the "Parties") in the above referenced matter. We initially write to notify the court that the Parties have settled the matter between them on or about March 2, 2020 (Docket No. 22). Settlement negotiations and papering of the settlement terms has taken some unexpected additional time, and the parties respectfully request an additional thirty (30) days to file the stipulation of dismissal with the Court.

  Thank you for your attention to this matter. If you have any questions or need anything further, please do not hesitate to contact my office.

           Respectfully,

           **WONG FLEMING**

           */s/ Dafney Dubuisson Stokes*
           Dafney Dubuisson Stokes

```
Application GRANTED.  The parties may submit a stipulation of
dismissal for the Court's review on or before May 2, 2020.

                                    SO ORDERED.

Dated: April 1, 2020
       New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**
CALIFORNIA ⬥ DISTRICT OF COLUMBIA ⬥ FLORIDA ⬥ GEORGIA ⬥ IDAHO ⬥ INDIANA ⬥ MARYLAND
MICHIGAN ⬥ NEVADA ⬥ NEW JERSEY ⬥ NEW YORK ⬥ OREGON ⬥ PENNSYLVANIA ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY N THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED