# WONG·FLEMING
### ATTORNEYS AT LAW

---

DAFNEY DUBUISSON STOKES
Member of NJ, PA, and NY Bars

dstokes@wongfleming.com

April 30, 2020

<u>VIA ECF</u>
Judge Katherine Polk Failla
United State District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**Re:** **<u>Joel Sandel v. Equifax Information Services, LLC and American Honda Finance Corp.</u>**
**Case No. 19-CV-10183**

Dear Judge Katherine Polk Failla:

This firm represents Defendant American Honda Finance Corporation ("AHFC") (together with Plaintiff, the "Parties") in the above referenced matter. We write to notify the court that the Parties have settled the matter between them on or about March 2, 2020 (Docket No. 22). Settlement negotiations and papering of terms has been completed, however, due to the COVID-19 crisis, Defendant, AHFC is unable to finalize and sign off on the settlement agreement. Defendant's attorney has been notified that the staff necessary for finalizing the agreement will be unable to do so until after May 8, 2020 due to work from home provisions and furloughs. As such, the parties respectfully request an additional 30 days to file a stipulation of dismissal with the Court. This is the parties' second request of this nature.

Thank you for your attention to this matter. If you have any questions or need anything further, please do not hesitate to contact my office.

Respectfully,

WONG FLEMING

*/s/ Dafney Dubuisson Stokes*
Dafney Dubuisson Stokes

```
Application GRANTED. The parties may submit a stipulation of
dismissal for the Court's review on or before June 2, 2020.
```
                              SO ORDERED.

Dated: April 30, 2020
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**
CALIFORNIA ⬥ DISTRICT OF COLUMBIA ⬥ FLORIDA ⬥ GEORGIA ⬥ IDAHO ⬥ INDIANA ⬥ MARYLAND
MICHIGAN ⬥ NEVADA ⬥ NEW JERSEY ⬥ NEW YORK ⬥ OREGON ⬥ PENNSYLVANIA ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY N THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED